# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

October 17, 2013

No. 11-51078
Consolidated with 12-50490

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

PETER VICTOR AYIKA

Defendant - Appellant

Appeals from the United States District Court
for the Western District of Texas
USDC No. 3:09-CR-660-1

Before JOLLY, JONES, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

AFFIRMED.  *See* 5th Circuit Rule 47.6.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.